UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WAYNE JONES, | No. 2:13-cv-1375 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| C W McELROY, et al., | |
| Defendants. | |

On January 13, 2014, the undersigned magistrate judge determined that service of the amended complaint was appropriate for nine defendants. The undersigned recommended dismissal as to the remaining defendants for failure to state a claim, and directed the assignment of a district judge to review this recommendation. (ECF No. 10.) However, court records reveal that plaintiff has filed a notice of consent to proceed pursuant to the jurisdiction of the undersigned magistrate judge for all purposes. 28 U.S.C. § 636(c); Local Rule 302. (ECF No. 4.) Plaintiff has filed no objections to the findings and recommendations, and there is no basis for modifying the undersigned's prior conclusion that certain defendants should be dismissed. Moreover, as no defendants have been served to date, plaintiff is the only party to this action.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to: (a) redesignate the undersigned's findings and recommendations filed January 13, 2014 (ECF No. 10) as an order; and (b) withdraw the assignment of a district judge to this action; and

2. For the reasons stated in this court's order filed January 13, 2014 (ECF No. 10), this action is dismissed as to the following defendants: Conedy, Lujan, Konrad, Heintschel, Lopez, Spangler, Dacio, Higgins, Marx, Bennet, Wedell, and Heise.

Dated: February 26, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / jone1375.ord