Janine K. Jeffery, Esq. CBN 112639
Jjeffery@reilyjeffery.com
REILY & JEFFERY, INC.
19839 Nordhoff Street
Northridge, California  91324
Telephone:  (818) 350-6282
Fax No.:  (818) 350-6283

Attorneys for Defendant, C. W. McElroy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WAYNE JONES,<br><br>          Plaintiff,<br><br>     vs.<br><br>C. W. McELROY, et al.,<br><br>          Defendants. | No. 2:13-cv-1375 GEB CKD P<br><br>ORDER |

Good cause having been shown, this Court hereby approves the attorney substitutions sought by defendants C. W. McElroy, L. A. Dingfelder, and G. R. Lish, each substituting Janine K. Jeffery of Reily & Jeffery, Inc., in place and instead of Janet Chen.  (See ECF Nos. 55, 56, 57, 58.)

IT IS SO ORDERED.

Dated:  July 20, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE