UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WAYNE JONES, | No. 2:13-cv-1375 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| C. W. McELROY, et al., | |
| Defendants. | |

Good cause having been shown, this court hereby GRANTS defendants Dingfelder, Lish, and McElroy's motion to modify the scheduling order (ECF No. 61). These defendants shall have up to and including August 19, 2015 to serve their responses to plaintiff's third set of discovery requests. Except as set forth herein, all other deadlines in this action shall remain unchanged. (See ECF No. 53.)

IT IS SO ORDERED.

Dated: July 29, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / jone1375.eot(3)