UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WAYNE JONES, | No. 2:13-cv-1375 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| C W McELROY, et al., | |
| Defendants. | |

This prisoner civil rights action was commenced in July 2013 and proceeds on Eighth Amendment excessive force claims against eight defendants. As this case has been identified as potentially appropriate for referral to the court's Alternative Dispute Resolution program, the court will explore whether settlement talks before a Magistrate Judge would be beneficial.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall, within 30 days from the date of this order, inform the court's Alternative Dispute Resolution (ADR) division, in writing, if they believe a settlement conference would be beneficial, at the following address, fax number, or email address:

    ADR Division

    Attention: Sujean Park

1

1
2
3
4
5
6
7
8

        U.S. District Court

        501 I Street, Suite 4-200

        Sacramento, CA 95814

        Fax: (916) 491-3912

        Email: spark@caed.uscourts.gov

Dated: November 16, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13  2 / jone1375.sett