IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RODNEY WAYNE JONES, | 2:13-cv-1375 GEB CKD P |
| Plaintiff, | ORDER |
| v. | |
| C. W. MCELROY, et al., | |
| Defendants. | |

Good cause appearing, Defendants' request to seal CDCR's 2011 Use of Force Training Powerpoint (ECF No. 105) is GRANTED.

Dated: March 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE